DAISY TYRE, Joined by Her Husband, CARL E. TYRE, and L. RAYMOND O'STEEN v. JACK W. WRIGHT, Individually and as Administrator of the Estate of Edwin R. Haddon, Deceased, and ROSE E. WRIGHT, His Wife, J. J. BANKS and His Wife, LOLA BANKS, C. S. SESSIONS, and His Wife, ELIZABETH SESSIONS, J. P. TURNER and C. C. McALLISTER, SR.

1 So. (2nd) 636

Division A

Opinion Filed April 18, 1941

*C. B. Peeler,* for Appellants;
*James H. Bunchf* for Appellees.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the decree herein, and briefs and argument of counsel for the respective parties, and the Court having considered the assignments of error and cross assignments of error and finding no harmful error in the record; it is, therefore, ordered and adjudged that said decree is hereby affirmed.

Affirmed.

BROWN, C. J., WHITFIELD, BUFORD and ADAMS, J. J., concur.